448 A.2d 1148

Commonwealth v. Uhlig, Appellant.

550

Submitted September 28, 1981. John W. Peck, II, for appellant; Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.